1  David R. Baake (SBN 325087)
   **Baake Law, LLC**
2  2131 N Main St
   Las Cruces, NM 88001
3  Phone: (575) 343-2782
   Email: david@baakelaw.com
4
   *Attorney for Plaintiffs Etereo Spirits, LLC,*
5  *a New Mexico Limited Liability Company,*
   *and Arthur Keller*
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 ETEREO SPIRITS, LLC, a New Mexico
   limited liability company, and ARTHUR
12 KELLER, an individual,

13      Plaintiffs,

14      v.                                Case No.: _____

15 JAMES R. LING, an individual, and      **DECLARATION OF DENISE**
   ETEREO SPIRITS, LLC, a California      **JACKSON**
16 limited liability company,

17      Defendants.

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF DENISE JACKSON**

# DECLARATION OF DENISE JACKSON

1. I am over 18 years of age and competent to give this declaration. I have personal knowledge of the following facts, and if called as a witness could and would testify competently to them. As to those matters which reflect an opinion, they reflect my personal opinion and judgment on the matter.

2. I am a member of the filing team at Northwest Registered Agent, Inc. ("Northwest")

3. On July 23, 2019, Arthur Keller hired Northwest to create a New Mexico limited liability company. We submitted the formation documents for Mr. Keller's company—Etereo Spirits, LLC ("Etereo")—to the New Mexico Secretary of State. We are listed as the "organizer" and "registered agent" for this company.

4. Mr. Keller is the only person who has ever contacted Northwest in regard to Etereo. Mr. Keller paid the invoice associated with the corporate filing. Our files reflect that he is the Chief Executive Member and Founder of the company.

5. Northwest has never had any relationship with James R. Ling or Hamade Nasser.

6. On January 28, 2021, Mr. Keller asked me to make an amendment to the public listing associated with Etereo to add his name as the point of contact. When I went to make this change, I noticed that the company had been dissolved. Northwest was extremely surprised, as we had managed all aspects of Etereo's relationship with the New Mexico, and Northwest had no involvement in the dissolution.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2021.

*Denise Jackson*

Denise Jackson