REID E. DAMMANN, SBN: 249031
rdammann@grsm.com
JULIANA C. FERRAZ, SBN:293851
jferraz@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile:  (213) 680-4470

Attorneys for Defendants
JAMES R. LING and ETEREO SPIRITS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETEREO SPIRITS, LLC, a New Mexico limited liability company, and ARTHUR KELLER, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES R. LING, an individual, and ETEREO SPIRITS, LLC, a California limited liability company,<br><br>Defendants. | CASE NO. 8:21-cv-00302-JVS-KES<br><br>**DECLARATION OF REID E. DAMMANN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>**Date:**    **June 7, 2021**<br>**Time:**    **1:30 p.m.**<br>**Judge:**    **Hon. James V. Selna**<br>**Ctrm:**    **10c**<br><br>Presiding Judge:<br>Honorable James V. Selna |

**Gordon Rees Scully Mansukhani, LLP**
**633 West Fifth Street, 52nd floor**
**Los Angeles, CA 90071**

-1-

**Gordon Rees Scully Mansukhani, LLP**
**633 West Fifth Street, 52nd floor**
**Los Angeles, CA 90071**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>DECLARATION OF REID E. DAMMANN</u>

I, Reid E. Dammann, declare as follows:

1.　　I am an attorney at law licensed to practice before all of the courts of the State of California and before this Court. I am a Partner with Gordon Rees Scully Mansukhani, LLP, counsel of record for Defendants James R. Ling, an individual, and Etereo Spirits, LLC, a California limited liability company in this action. Except as otherwise indicated, I have personal knowledge of the following facts and, if called and sworn as a witness, I could and would completely testify.

2.　　Pursuant to Local Rule 7-3, on April 26, 2021, I met and conferred with Plaintiffs' counsel David Baake regarding filing a motion to dismiss all causes of action.

I declare under penalty of perjury under the laws of the State of California and Federal Laws that the foregoing is true and correct.

Executed this 17th day of May, 2021, at Los Angeles, California.


By:　*/s/ Reid E. Dammann*
　　　Reid E. Dammann, Esq.