REID E. DAMMANN, SBN: 249031
rdammann@grsm.com
JULIANA C. FERRAZ, SBN:293851
jferraz@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile:  (213) 680-4470

Attorneys for Defendants
JAMES R. LING and ETEREO SPIRITS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETEREO SPIRITS, LLC, a New Mexico limited liability company, and ARTHUR KELLER, an individual <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES R. LING, an individual, and ETEREO SPIRITS, LLC, a California limited liability company, <br><br> Defendants. | CASE NO. 8:21-cv-00302-JVS-KES <br><br> **DECLARATION OF HAMADE NASSER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6)** <br><br> **Date:**  **June 7, 2021** <br> **Time:**  **1:30 p.m.** <br> **Judge:**  **Hon. James V. Selna** <br> **Ctrm:**  **10c** <br><br><br> Presiding Judge: <br> Honorable James V. Selna |

*Gordon Rees Scully Mansukhani, LLP*
*633 West Fifth Street, 52nd floor*
*Los Angeles, CA 90071*

-1-

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

I, HAMADE NASSER, hereby declare and state as follows:

1. I am over 18 years of age and personally familiar with the facts set forth in this declaration. If called upon as a witness, I could and would competently testify thereto. As to those matters which reflect an opinion, they reflect my personal opinion and judgment on the matter.

2. I am a member of Defendant Etereo Spirits, LLC, a California limited liability company, and I write this declaration in support of Defendants' Motion to Dismiss Complaint pursuant to FRCP 12(b)(6). I am personally familiar with the facts set forth in this declaration and if called upon as a witness, I could and would competently testify thereto.

3. Defendants have never posted an image of Plaintiff Arthur Keller any of their social media accounts.

4. Arthur Keller's fiancée appeared in the background with others in the forefront, in three (3) images, out of one-hundred and twenty-two (122) images posted to Defendants' Instagram page.

5. Arthur Keller's fiancée also appeared for thirty-five (35) seconds in a one-minute and fifty second (1:50) video posted on Defendants' Instagram page.

6. This particular video has been seen fifty-five (55) times, but Defendants admit that they paid for "likes" associated with their social media account to give it credibility.

7. The only time Keller appeared on the Defendants' social media (Instagram @etereolifestyle) is in a video, for less than a second at the end of the video. This video was located at the bottom of the Etereo's Instagram page amongst one-hundred and twenty-two (122) other posts with other content. The potential viewer would have to scroll down the page to even see the video. Further, the video does not make any references to Keller or promote him. Furthermore, the video was edited on May 13, 2021, to delete Keller from it.

-2-

1    I declare under penalty of perjury under the laws of the State of California

2 that the foregoing is true and correct.  Executed on this 15 day of May 2021 in

3 London, United Kingdom.

4

5

6                Hamade Nasser

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

DECLARATION OF HAMADE NASSER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
COMPLAINT PURSUANT TO FRCP 12(b)(6)