1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10

**Gordon Rees Scully Mansukhani, LLP**
**633 West Fifth Street, 52nd floor**
**Los Angeles, CA 90071**

| | |
|---|---|
| 11 ETEREO SPIRITS, LLC, a New Mexico limited liability company, and ARTHUR KELLER, an individual | CASE NO. 8:21-cv-00302-JVS-KES |
| 12 | **[PROPOSED] ORDER GRANTING DEFENDANTS JAMES R. LING AND ETEREO SPIRITS, LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(b)(6)** |

11  ETEREO SPIRITS, LLC, a New Mexico
    limited liability company, and ARTHUR
12  KELLER, an individual

13                          Plaintiffs,

14      vs.

15

16  JAMES R. LING, an individual, and
    ETEREO SPIRITS, LLC, a California
17  limited liability company,

18                          Defendants.

19

CASE NO. 8:21-cv-00302-JVS-KES

**[PROPOSED] ORDER GRANTING
DEFENDANTS JAMES R. LING
AND ETEREO SPIRITS, LLC'S
MOTION TO DISMISS
PLAINTIFFS' COMPLAINT
PURSUANT TO FRCP 12(b)(6)**

**Date:        June 7, 2021**
**Time:        1:30 p.m.**
**Judge:       Hon. James V. Selna**
**Ctrm:        10c**

Presiding Judge: Hon. James V. Selna

20

21      This Court having considered Defendants James R. Ling and Etereo Spirits,

22  LLC's Motion To Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(b)(6) and all

23  matters in this Court's file relevant to Defendants' Motion hereby finds,

24  determines and orders as follows:

25  ///

26  ///

27  ///

28
                              -1-
       **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
        DISMISS PLAINTIFFS' COMPLAINT PER FRCP 12(b)(6)**

IT IS ORDERED that the Defendants' Motion to Dismiss is GRANTED and ALL of Plaintiffs' claims in the Complaint are dismissed in their entirety with prejudice.

Dated: _____            _____
                                          Honorable James V. Selna
                                          United States District Court

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PER FRCP 12(b)(6)**

**Gordon Rees Scully Mansukhani, LLP**
**633 West Fifth Street, 52nd floor**
**Los Angeles, CA 90071**