1  REID E. DAMMANN, SBN: 249031
   rdammann@grsm.com
2  JULIANA C. FERRAZ, SBN:293851
   jferraz@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd floor
4  Los Angeles, CA 90071
   Telephone: (213) 576-5000
5  Facsimile:  (213) 680-4470

6  Attorneys for Defendants
   JAMES R. LING and ETEREO SPIRITS, LLC
7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 ETEREO SPIRITS, LLC, a New Mexico       CASE NO. 8:21-cv-00302-JVS-KES
   limited liability company, ARTHUR
13 KELLER, an individual, and LOUISA
   TAADOU, an individual                   **DECLARATION OF JAMES R.
14                                          LING IN SUPPORT OF
                        Plaintiffs,         DEFENDANTS' MOTION TO
15                                          DISMISS COMPLAINT
        vs.                                 PURSUANT TO FRCP 12(b)(6)**
16
   JAMES R. LING, an individual, and        **Date:       July 26, 2021**
17 ETEREO SPIRITS, LLC, a California        **Time:       1:30 p.m.**
   limited liability company,               **Judge:      Hon. James V. Selna**
18                                          **Ctrm:       10c**
19                       Defendants.
20
21                                          Presiding Judge:
                                            Honorable James V. Selna
22

23

24

25

26

27

28

-1-

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

I, JAMES R. LING, hereby declare and state as follows:

1.     I am the named defendant in this action.  I am a managing attorney of Ling Law Group, APC, located in Irvine, California, and am a member of Defendant Etereo Spirits, LLC, a California limited liability company.

2.     I am personally familiar with the facts set forth in this declaration and if called upon as a witness, I could and would competently testify thereto.

3.     As a managing member of the NMLLC, I made a contribution to the company's capital in September and October of 2019. Arthur Keller personally guaranteed that he would repay my capital contribution even if the business failed; that was the point of the promissory note issued in October 2020.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on this 21st day of June 2021 in Irvine, California.

_____
JAMES R. LING

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

DECLARATION OF JAMES R. LING IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)