Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ETEREO SPIRITS, LLC, a New Mexico limited liability company, and ARTHUR KELLER, an individual, and LOUISA TAADOU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES R. LING, an individual, and ETEREO SPIRITS, LLC, a California limited liability company,<br><br>Defendants. | CASE NO. 8:21-cv-00302-JVS-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS JAMES R. LING AND ETEREO SPIRITS, LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>Date: July 26, 2021<br>Time: 1:30 p.m.<br>Judge: Hon. James V. Selna<br>Ctrm: 10c<br><br>Presiding Judge: Hon. James V. Selna |

This Court having considered Defendants James R. Ling and Etereo Spirits, LLC's Motion To Dismiss Plaintiffs' First Amended Complaint Pursuant to FRCP 12(b)(6) and all matters in this Court's file relevant to Defendants' Motion hereby finds, determines and orders as follows:

///

///

///

-1-
**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PER FRCP 12(b)(6)**

1  IT IS ORDERED that the Defendants' Motion to Dismiss is GRANTED and
2 ALL of Plaintiffs' claims in the First Amended Complaint are dismissed in their
3 entirety with prejudice.

5 Dated: _____     _____
                                Honorable James V. Selna
6                               United States District Court

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071