David R. Baake SBN 325087
**Baake Law, LLC**
2131 N Main St
Las Cruces, NM 88001
Phone: (575) 343-2782
Email: david@baakelaw.com

Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile
Email: rcarreon@higbeeassociates.com

*Attorneys for Plaintiffs Etereo Spirits, LLC, a New Mexico Limited Liability Company, and Arthur Keller*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETEREO SPIRITS, LLC, a New Mexico limited liability company, ARTHUR KELLER, an individual, and LOUISA TAADOU, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES R. LING, an individual, and ETEREO SPIRITS, LLC, a California limited liability company,<br><br>*Defendants*. | Case No.: 8:21-cv-00302-JVS-KES<br><br>**CORRECTED NOTICE OF MOTION TO ENFORCE THE SETTLEMENT AGREEMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday, April 25, 2022 at 1:30 p.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable James V. Selna of the above-titled court, located at the United States Courthouse, 411 West

4th Street, Courtroom 10C, Santa Ana, CA 92701-4516, Plaintiff Arthur Keller ("Keller") will move for an Order enforcing the terms of the Binding Term Sheet executed by the parties on October 29, 2021 which includes entry of a judgement in the amount of $400,000 against Defendants James R. Ling ("Ling"), and Etereo Spirits, LLC ("CA LLC").

On October 29, 2021, the parties entered into a Binding Term Sheet which required Keller to transfer approximately 9,300 tequila bottles located in a warehouse in Holland to Ling and the CA LLC. The Binding Term Sheet stated that Ling and the CA LLC "will pay $400,000 within 120 days of Defendants taking control of bottles."

On November 1, 2021, Keller contacted the Holland warehouse and assigned all rights to the tequila bottled to Ling and the CA LLC. Because control of the bottles was transferred on November 1, 2021, payment would have been due 120 days later on March 1, 2022.

As of the date of this Motion, no payment has been made.

Pursuant to L.R. 7-9, counsel for the parties met and conferred on March 14, 2022. This Motion is based on this Corrected Notice, and the previously filed Memorandum of Points and Authorities, the Declarations of Arthur Keller and Ryan E. Carreon in support, and the pleadings, files and other materials that are on file with the Court or which may be presented at the hearing.

DATED: March 29, 2022                    Respectfully submitted,

**/s/ *Ryan E. Carreon***
Ryan E. Carreon, Esq.
Cal. Bar No. 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705
(714) 617-8373
*Counsel for Plaintiff*

- 1 -

**CORRECTED NOTICE OF MOTION TO ENFORCE**