# EXHIBIT A

< 5  **Arthur Keller**

> Also, my lawyers sent the master file links a month and a half ago but they where never downloaded. Let me know when all is taken down and I'll resend the link as it expired now.
> 8:39 AM

Sat, Dec 18

Wed, Dec 22

**Arthur Keller**
Hey Jimmy, here is the list of remaining medias to take down as per our agreement:
https://www.instagram.com/tv/CGGfw4bp... 

Noted. Hamade said he's handling it - I will follow up
11:47 AM

**Arthur Keller**
Also, my lawyers sent the master file links a month and a half ago but they where never downloaded. Let me know when all is taken down and I'll resen...

We never received anything    11:47 AM

Last time I spoke to Hamade, he also said we haven't received any bottles yet either
11:48 AM

> Ok I am following up with my attorney as I sent the link 3 times already and transferred all the bottle rights directly to you on nov 1st. It was ccd to Reid and Juliana as well.
> 12:17 PM

Power of attorney and rights transfer
From: Arthur Keller | Etéreo Spirits LLC
      arthur@etereotequila.com
To:   Hans de Looff TOP Distribution
      hdelooff@topdistribution.nl
Cc:   jimmyling19@gmail.com
      jimmyling19@gmail.com

< 5   **Arthur Keller**

Hi Hans, following up on our previous POA discussion, I hereby transf Wed, Dec 22 tire ETÉREO stock to the new owner and his company: James Ling & ETEREO Spirits LLC in California effective immediately.

James Ling
+1 626-641-1799
Jimmyling19@gmail.com
ETEREO Spirits LLC 2855 Michelle Dr Suite 280, Irvine, CA 92606, United States

All costs associated with the stock are to be passed

> Yea, thanks for that. Obviously I'm not in Europe so Hamade is handling all of that. Just relaying what he's saying - he said we haven't received the bottles yet. He has COVID right now but he said he is handling all of the social media stuff
>
> 1:28 PM

> Also can you notify Casa Aceves that I am the owner of Etereo now
>
> 1:30 PM

**You**
Also can you notify Casa Aceves that I am the owner of Etereo now

Yes of course, I relayed the info soon after the settlement was signed by all of us.

4:46 PM

**You**
Yea, thanks for that. Obviously I'm not in Europe so Hamade is handling all of that. Just relaying what he's saying - he said we haven't received the bottl...

I don't know what he's doing to be honest. They've always been incredibly reactive with me and made logistics fast and

9:19

< 5    Arthur Keller

Wed, Dec 29   eciate it   7:53 AM

Ok, Just got the new transfer code. I created the first one on oct 26 so not sure what happened on the transfer.   8:03 AM



8:03 AM

**Arthur Keller sent you 494 items**
Dropbox is a free service that lets you bring your photos, docs, and videos anywhere and share them e...
www.dropbox.com

The entire masterfile is ready to download for the 5th time here: https://www.dropbox.com/t/GeoRKi9S2V779FN0   8:04 AM

It also includes the new domain transfer codes that where just created. Everything is organized in it.   8:05 AM

Thanks bro   8:08 AM

**Arthur Keller**

> Hey, so we [Wed, Dec 29] sfer the registrar on the etereotequila.com domain to my email so I can change the nameservers on the godaddy account to my web server
> 6:46 AM

> And we still don't have the link to the file
> 6:46 AM

I did the transfer on the 1st of nov. It's in the Dropbox master file with everything else. It probably expired. Let me look into it now.
7:40 AM

> Oh, for whatever reason, we never received the Dropbox master file
> 7:42 AM

> I don't think the link would expire though
> 7:42 AM

I sent it 4 times as the link kept expiring as no one was downloading it...
7:43 AM

For the domain transfer code I think it's only valid for 30days
7:43 AM

> Who were you sending it to? We never received a link...
> 7:43 AM

To my attorneys who forwarded it to yours.
7:44 AM

Let me dig into it now  7:45 AM

> Appreciate it