UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-00302-JVS (KESx) | Date | May 4, 2022 |
| Title | Etereo Spirits, LLC v. Ling et al. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Request for Hearing**

On April 26, 2022, Plaintiff Arthur Keller filed a request for oral argument, advancing various arguments why he believes a hearing is necessary. See Dkt. No. 67.

The Court requests that Defendants James R. Ling and Etereo Spirits, LLC file an additional brief, not to exceed five pages, responding to the arguments in the request from Plaintiff, by May 9, 2022, at 5:00 p.m.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | lmb | |