David R. Baake SBN 325087
**Baake Law, LLC**
2131 N Main St
Las Cruces, NM 88001
Phone: (575) 343-2782
Email: david@baakelaw.com

Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile
Email: rcarreon@higbeeassociates.com

*Attorneys for Plaintiffs Etereo Spirits, LLC, a New Mexico Limited Liability Company, and Arthur Keller*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETEREO SPIRITS, LLC, a New Mexico limited liability company, ARTHUR KELLER, an individual, and LOUISA TAADOU, an individual,<br><br>  *Plaintiffs*,<br><br>v.<br><br>JAMES R. LING, an individual, and ETEREO SPIRITS, LLC, a California limited liability company,<br><br>  *Defendants*. | Case No.: 8:21-cv-00302-JVS-KES<br><br>**REQUEST FOR ENTRY OF JUDGMENT** |

## REQUEST FOR ENTRY OF JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56(d), and in accordance with the Court's ruling of May 13, 2022 at Dkt. #70 granting, in part, Plaintiff Arthur Keller's Motion to Enforce, Keller hereby requests that judgment be entered against Defendants James R. Ling and Etereo Spirit's LLC jointly and severally in the amount of $400,000. A proposed judgment is submitted herewith.

Date: May 13, 2022                     Respectfully submitted,

*/s/Ryan E. Carreon*
Ryan E. Carreon
Cal. Bar No. 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
rcarreon@higbeeassociates.com
*Attorney for Plaintiff*

- 1 -

**REQUEST FOR ENTRY OF JUDGMENT**