David R. Baake SBN 325087
**Baake Law, LLC**
2131 N Main St
Las Cruces, NM 88001
Phone: (575) 343-2782
Email: david@baakelaw.com

Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile
Email: rcarreon@higbeeassociates.com

*Attorneys for Plaintiffs Etereo Spirits, LLC, a New Mexico Limited Liability Company, and Arthur Keller*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETEREO SPIRITS, LLC, a New Mexico limited liability company, ARTHUR KELLER, an individual, and LOUISA TAADOU, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES R. LING, an individual, and ETEREO SPIRITS, LLC, a California limited liability company,<br><br>*Defendants*. | Case No.: 8:21-cv-00302-JVS-KES<br><br>**[PROPOSED] JUDGMENT** |

# [PROPOSED] JUDGMENT

This case came before the Court on Plaintiff Arthur Keller's ("Keller") Motion to Enforce the Settlement Agreement against Defendants James R. Ling ("Ling") and, Etereo Spirits, LLC ("Etereo Spirits"). *See* Dkt. #59. On May 13, 2022, the Court **GRANTED, IN PART** Keller's Motion stating that "Defendants' obligation to pay $400,000 has become due. Dkt. #70. In accordance with this ruling, on May 13, 2022, Keller requested that judgment be entered against Ling and Etereo Spirits in the amount of $400,000.

Therefore, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. Judgment is entered in favor of Keller and jointly and severally against Ling and Etereo Spirits in the amount of $400,000;

2. Keller is entitled to the recovery of costs and fees in any collection effort;

3. Post-judgment interest shall accrue at the rate of 1.96% per annum, in accordance with 28 U.S.C. § 1961, from the date of entry until the judgment amount and all accrued interest are paid in full to Keller; and,

4. The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

There being no just reason for delay in the entry of this Judgment, the Court hereby directs the clerk to enter judgment against Defendants James R. Ling and Etereo Spirits, LLC, pursuant to Rule 58(b)(2)(B) of the Federal Rules of Civil Procedure.

DATED: May___, 2022

_____
Hon. James V. Selna
United States District Court Judge

- 1 -