David R. Baake SBN 325087
**Baake Law, LLC**
2131 N Main St
Las Cruces, NM 88001
Phone: (575) 343-2782
Email: david@baakelaw.com

Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6729 facsimile
Email: rcarreon@higbeeassociates.com

*Attorneys for Plaintiffs Etereo Spirits, LLC, a New Mexico Limited Liability Company, and Arthur Keller*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETEREO SPIRITS, LLC, a New Mexico limited liability company, ARTHUR KELLER, an individual, and LOUISA TAADOU, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES R. LING, an individual, and ETEREO SPIRITS, LLC, a California limited liability company,<br><br>*Defendants*. | Case No.: 8:21-cv-00302-JVS-KES<br><br>**[PROPOSED] ORDER** |

## [PROPOSED] ORDER

Having considered the Motion of plaintiff Arthur Keller requesting enforcement of the settlement agreement, and having considered any and all other papers filed by the parties in support of and in opposition to this Motion,

IT IS HEREBY ORDERED as follows:

(1) The Motion is GRANTED;

(2) Judgment is entered in favor of Arthur Keller and against James R. Ling and Etereo Spirit's LLC jointly and severally in the amount of $400,000;

(3) James R. Ling shall immediately dismiss with prejudice Case 30-2021-01192486-CU-BC-CJC – *Ling v. Keller et al.* pending in the Orange County Superior Court.

DATED: August___, 2022

_____
Hon. James V. Selna
United States District Court Judge