David R. Baake SBN 325087
**Baake Law, LLC**
2131 N Main St
Las Cruces, NM 88001
Phone: (575) 343-2782
Email: david@baakelaw.com

Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8373
(714) 597-6729 facsimile
Email: rcarreon@higbeeassociates.com

*Attorneys for Plaintiffs Etereo Spirits, LLC, a New Mexico Limited Liability Company, and Arthur Keller*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETEREO SPIRITS, LLC, a New Mexico limited liability company, ARTHUR KELLER, an individual, and LOUISA TAADOU, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES R. LING, an individual, and ETEREO SPIRITS, LLC, a California limited liability company,<br><br>*Defendants*. | Case No.: 8:21-cv-00302-JVS-KES<br><br>**DECLARATION OF RYAN E. CARREON** |

## DECLARATION OF RYAN E. CARREON

I, Ryan E. Carreon, declare as follows:

1. I am over the age of 18. I am admitted to practice in the Central District of California. If called as a witness, I would competently testify as follows:

2. This case involves control of a tequila company and its assets, including approximately 9,300 bottles of tequila.

3. On March 21, 2022, Keller brought a Motion to Enforce.

4. On May 13, 2022 the Court issued an Order granting, in part, Keller's Motion.

5. The Court determined that Keller has not presented evidence clearly demonstrating that he had physically transferred the various intellectual property assets to Ling as part of the parties' settlement agreement.

6. On May 13, 2022, I caused to be sent a DropBox link containing the 494 intellectual property elements, which included the various registered intellectual property elements, industrial property elements, various design elements, and legal documents as well as the transfer code for the domain www.etereotequila.com.

7. Attached hereto as Exhibit A is a true and correct copy of my email containing the DropBox link.

8. Attached hereto as Exhibit B is a true and correct screenshot of the contents of the DropBox link.

9. On June 9, 2022, I sent a thumb drive containing the files in the DropBox link directly to James Ling.

10. On June 10, 2022, I received a confirmation from FedEx that the thumb drive had been delivered.

11. Attached hereto as Exhibit C is a true and correct copy of the FedEx confirmation I received from FedEx.

12. As of the date of this Motion, Ling has neither dismissed the state law

1

claims against Keller nor has he made any payment on the $400,000 owed.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this July 4, 2022

_____
Ryan E. Carreon

2

**DECLARATION OF RYAN CARREON**

# Exhibit "A"



Ryan Carreon &lt;ryancarreon1@gmail.com&gt;

## Etereo Spirits v. Ling

**Ryan Carreon** &lt;rcarreon@higbeeassociates.com&gt;  Fri, May 13, 2022 at 8:07 PM
To: Reid Dammann &lt;rdammann@grsm.com&gt;
Cc: Juliana Ferraz &lt;jferraz@grsm.com&gt;, David Baake &lt;david@baakelaw.com&gt;, James Ling &lt;james@linglawgroup.com&gt;
Bcc: Arthur Keller &lt;arthur@arthurkeller.me&gt;

Reid,

In accordance with the Court's ruling earlier this afternoon, I am sending you a dropbox link with all of the Etereo related intellectual property:

https://www.dropbox.com/sh/63g0ptf9wphm10k/AAAJ4LwISW3vwbfirp9_hMNQa?dl=0

Please confirm receipt of the link and that you were able to download the file. Once you have confirmed download of the file, please send me confirmation that the state court action for breach of contract has been dismissed with prejudice.

Finally, as the Court has ordered that your client's obligation to make the $400,000 payment has come due, please let me know when we can expect the payment to be made.

Ryan E. Carreon
Senior Associate
Copyright Division

Law Firm of Higbee & Associates  (http://www.higbeeassociates.com)
1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705
Direct: (626) 533-7357
Phone: (714) 617-8336   Fax: (714) 597-6559

This electronic mail message and any attachment is confidential and may also contain privileged attorney-client information or work product. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone and delete this original message.

# Exhibit "B"

# ETÉREO - Settlement

[Save to Dropbox]  [Download]  [Copy link]

| Name | Modified |
|---|---|
| Bottle stocklist | -- |
| Design | -- |
| Documents | -- |
| ETÉREO | Fall 2021.pdf | 10/26/2021 2:13 pm |
| ETÉREO | Final concept 1 Edited.mp4 | 11/2/2021 1:13 am |
| ETÉREO | Final concept 1 TO EDIT.mov | 2/26/2020 1:08 pm |
| ETÉREO | Final concept 2 Edited.mp4 | 11/2/2021 1:14 am |
| ETÉREO | Final concept 2 TO EDIT.mov | 7/21/2020 4:00 pm |
| ETÉREO authorized copyrights | -- |
| Etéreo clips from video concepts | -- |
| Etereo ending slomo.m4v | 3/6/2020 7:58 am |
| Website transfer code | -- |

# Exhibit "C"

**From:** TrackingUpdates@fedex.com
**Subject:** FedEx Shipment 777091731275: Your package has been delivered
**Date:** June 10, 2022 at 5:18 PM
**To:** rcarreon@higbeeassociates.com





# Hi. Your package was delivered Fri, 06/10/2022 at 2:15pm.



Delivered to 2855 MICHELLE 280, IRVINE, CA 92606

Received by O.OCK

**OBTAIN PROOF OF DELIVERY**

## Personal Message

ETEREO - SettlementUSB

| | |
|---|---|
| **TRACKING NUMBER** | 777091731275 |
| **FROM** | Mathew Higbee |
| | 1504 Brookhollow Dr. |

|  |  |
|---|---|
|  | Suite 112 |
|  | Santa Ana, CA, US, 92705 |
| **TO** | Ling Law Group, APC |
|  | James R. Ling, Esq. |
|  | 2855 Michelle Drive |
|  | Ste. 280 |
|  | IRVINE, CA, US, 92606 |
| **SHIP DATE** | Thu 6/09/2022 05:01 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Santa Ana, CA, US, 92705 |
| **DESTINATION** | IRVINE, CA, US, 92606 |
| **SPECIAL HANDLING** | Deliver Weekday |
|  | ASR |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |



## Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now**.





### This tracking update has been requested by:

**Name:**  Mathew Higbee

**Email:**  rcarreon@higbeeassociates.com

FOLLOW FEDEX       

✉  Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 4:18 PM CDT 06/10/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our [privacy policy](). All rights reserved.

Thank you for your business.