Case 8:21-cv-00302-JVS-KES   Document 106   Filed 03/22/23   Page 1 of 3   Page ID #:1411

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** ETEREO SPIRITS, LLC, a New Mexico limited liability company, ARTHUR KELLER, an individual, and LOUISA TAADOU, an individual | **COURT CASE NUMBER** 8:21-cv-00302-JVS-KES |
| **DEFENDANT** JAMES R. LING, an individual, and ETEREO SPIRITS, LLC, a California limited liability company | **TYPE OF PROCESS** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JAMES R. LING
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Chase Bank
3973 Irvine Blvd.
Irvine, CA 92602

FILED
CLERK, U.S. DISTRICT COURT
3/22/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS   DEPUTY

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RYAN E. CARREON
HIGBEE & ASSOCIATES
1504 BROOKHOLLOW DRIVE, #112
SANTA ANA, CA 92705

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

**SEE ATTACHED LETTER DATED FEBRUARY 17, 2023**

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
*Ryan E. Carreon*
TELEPHONE NUMBER: (714) 617-8336
DATE: 03/08/2023

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 12
District to Serve No.: 12
Signature of Authorized USMS Deputy or Clerk
REC'D USMS C/CA - CIVIL MAR 10 '23 AM 10:06

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)
Date: 03/17/2023
Time: 10:13 ☑ am ☐ pm
Signature of U.S. Marshal or Deputy: Clerk

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | |

REMARKS:
Served on: 3-13-2023
Mailed on: 3-15-2023
REC'D USMS C/CA - CIVIL MAR 17 '23 AM 10:13

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

*Attorney or Party without Attorney:*
Ryan E. Carreon, Esq., SBN: Bar No. 311668
Higbee & Associates
1504 Brookhollow Drive Suite 112
Santa Ana, CA 92705
TELEPHONE No.: (714) 617-8336
FAX No. (Optional): (714) 597-6729
E-MAIL ADDRESS (Optional):

*Attorney for:* JUDGMENT CREDITOR

Ref No. or File No.:

FOR COURT USE ONLY

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT - SOUTHERN DIVISION

*Plaintiff:* ETEREO SPIRITS, LLC, etc., et.al.
*Defendant:* JAMES R. LING, AN INDIVIDUAL, et.,al.

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: CV-8:21-cv-00302-JVS-KES |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

Notice of Levy (Enforcement of Judgment); Writ of Execution; Memorandum of Garnishee (Attachment-Enforcement of Judgment)

PARTY SERVED: CHASE BANK
PERSON SERVED: EDUARDO ARROYO - LEAD ASSOCIATE OPERATIONS - PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS
DATE & TIME OF DELIVERY: 3/13/2023 2:54 PM
ADDRESS, CITY, AND STATE: 3973 IRVINE BLVD. IRVINE, CA 92602

MANNER OF SERVICE:
Personal Service - By personally delivering copies, pursuant to CCP. 415.10.

Fee for Service: $ 346.50
County: Orange
Registration No.: PSC5063
All-N-One Legal Support, Inc.
1541 Wilshire Blvd, Suite 405
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 15, 2023.

Signature: _____
Jason Karotkin

PROOF OF SERVICE

982(a)(23)[New July 1, 1987]
Order#: 0174443/General

REC'D USMS C/CA - CIVIL
MAR 17 '23 AM10:11

| | |
|---|---|
| **Attorney or Party without Attorney:**<br>Ryan E. Carreon, Esq., SBN: Bar No. 311668<br>Higbee & Associates<br>1504 Brookhollow Drive Suite 112<br>Santa Ana, CA 92705<br>TELEPHONE No.: **(714) 617-8336**   FAX No. (Optional): **(714) 597-6729**   E-MAIL ADDRESS (Optional):<br>Attorney for: **JUDGMENT CREDITOR** | **FOR COURT USE ONLY** |

Ref No. or File No.:

**Insert name of Court, and Judicial District and Branch Court:**
UNITED STATES DISTRICT COURT - SOUTHERN DIVISION

Plaintiff: **ETEREO SPIRITS, LLC, etc., et.al.**
Defendant: **JAMES R. LING, AN INDIVIDUAL, et.,al.**

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV-8:21-cv-00302-JVS-KES |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am an Independent Contractor in the county where the mailing occurred.

On March 15, 2023, after service under section CCP 415.10(a) was made, I mailed copies of the:

2. Documents: Notice of Levy (Enforcement of Judgment); Writ of Execution; Exemptions from the Enforcement of Judgments; Current Dollar Amounts of Exemptions from Enforcement of Judgment; Claim of Exemption (Enforcement of Judgment); Financial Statement (Wage Garnishment-Enforcement of Judgment)

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing: March 15, 2023
   b. Place of Mailing: Los Angeles, CA 90017
   c. Addressed as follows:
   JAMES R. LING
   LING LAW GROUP, APC
   2855 MICHELLE STREET, SUITE 280
   IRVINE, CA 92606-1026
   ATTORNEY FOR JAMES R. LING AND ETEREO SPIRITS, LLC

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business, pursuant to CCP. 684.120.

Fee for Service: **$ 346.50**
County: LOS ANGELES
Registration: # 2971
**All-N-One Legal Support, Inc.**
1541 Wilshire Blvd, Suite 405
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 15, 2023**.

Signature: _____
John J. Gonzalez

**PROOF OF SERVICE BY MAIL**

Order#: 0174443/mailproof

REC'D USMS C/CA - CIVIL
MAR 17 '23 AM 10:11